# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Case Number: 15 C 11359

    Anthony Tylor

        v.

    City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Officer DeJesus, Officer Medina, Detective Shebish

| | |
|---|---|
| NAME (Type or print) <br> Marion C. Moore | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Marion C. Moore | |
| FIRM <br> City of Chicago Department of Law | |
| STREET ADDRESS <br> 30 North Lasalle Street, Room 900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6302566 | TELEPHONE NUMBER <br> (312) 744-1056 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |