UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                    Case No. 15 C 11359    JURY DEMAND

Anthony Tylor,                                             Judge Pallmeyer

           v.

City of Chicago et al.,


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago, Officer DeJesus, Officer Medina, and Detective Shebish

| |
|---|
| SIGNATURE<br> /s/  Jason Marx |
| FIRM<br>City of Chicago, Department of Law, Corporation Counsel |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 900 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279266 | TELEPHONE NUMBER<br>312.744.1975 | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES X | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES X | NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | | | |