**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Anthony Tylor, ) | |
| ) | 15 CV 11359 |
| Plaintiff, ) | |
| ) | Judge Pallmeyer |
| v. ) | |
| ) | Magistrate Judge Valdez |
| City of Chicago, Officer DeJesus #6332, Officer ) | |
| Medina, and Detective T.R. Shebish, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS DEFENDANTS DEJESUS AND MEDINA

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that Defendant Officers Brian DeJesus and Yesenia Medina should be dismissed from this cause with prejudice and without costs. This stipulation to dismiss only applies to Defendants DeJesus and Medina.

Joel Flaxman
Attorney for Plaintiff, Anthony Tylor,
Law Office of Kenneth N. Flaxman, P.C.
200 South Michigan, Suite 201
Chicago, Illinois 60604
(312) 363-8981
Attorney No. 6292818
DATE: 6/22/17

Jason Marx, Assistant Corporation Counsel
Attorney for Defendant Officers
Brian DeJesus and Yesenia Medina,
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 6279266
DATE: 6-22-17