**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Anthony Tylor, ) | |
| ) | 15 CV 11359 |
| Plaintiff, ) | |
| ) | Judge Pallmeyer |
| v. ) | |
| ) | Magistrate Judge Valdez |
| City of Chicago, Officer DeJesus #6332, Officer ) | |
| Medina, and Detective T.R. Shebish, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

/s/ *Joel Flaxman* (by consent)
Joel Flaxman
Attorney for Plaintiff, Anthony Tylor
Law Office of Kenneth N. Flaxman, P.C.
200 South Michigan, Suite 201
Chicago, Illinois 60604
(312) 363-8981
Attorney No. 6292818
DATE: 7-13-17

Respectfully submitted,
CITY OF CHICAGO
a municipal corporation
EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago

By:_____
Thomas Platt, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
312-744-4833   Attorney No. 6181260
DATE: 7-13-17

_____
Jason Marx, Assistant Corporation Counsel
Attorney for Defendant Thomas Shebish
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-1975   Attorney No. 6279266
DATE: 7-13-17